**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ OCT 17 2018 ★

BROOKLYN OFFICE

NAUM YUSIFOV, on behalf of himself and all others similarly situated,

    Plaintiffs,

-against-

CLIENT SERVICES INC.,

    Defendant.

Case No. 1:18-cv-04705-ARR-PK

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendant shall be and hereby is dismissed with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:   Brooklyn, New York
         October 15, 2018

*So ordered.*
/s/(ARR), USDJ

Respectfully submitted,

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Cohen & Mizrahi LLP
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (929) 575-4175
Fax:   (929) 575-4195
Email: Dan@cml.legal
*Attorneys for Plaintiff*